ERNEST M. GREEN, EXECUTOR UNDER THE WILL OF MRS. KATE McGEHEE, v. A. M. BELL AND DELLA BELL.

(Filed 12 July, 1933.)

APPEAL by plaintiff from *Grady, J.,* at January-February Term, 1933, of CRAVEN. Affirmed.

*Ernest M. Green for plaintiff.*
*Ward & Ward for defendants.*

PER CURIAM. This is a petition by plaintiff, fiduciary, for advice and for instructions. From a careful review of the record, we see no error in the judgment of the court below. The judgment is
Affirmed.